## Ex Parte Colón.

Solicitud para que se expida mandamiento de

### Habeas Corpus.

No. 50.   Resuelto en Abril 10, 1905.

Habeas Corpus.—Mandamiento de arresto.—Cuando un Juez Municipal, ó Juez de Paz, ordene la detención de un acusado, deberá expedir mandamiento, bajo su firma y título oficial, y la falta de ese requisito en un mandamiento de arresto, lo hace substancialmente defectuoso, por cuya razón la prisión del acusado resulta ilegal y procede su excarcelación en un procedimiento de Habeas Corpus.

Abogado del Peticionario: *Sr. Casalduc.*

Abogado del pueblo: *Sr. Rossy,* Fiscal.

#### OPINIÓN DEL TRIBUNAL.

Teniendo hoy los Jueces Municipales las funciones que antes tenían los Jueces de Paz respecto á delitos de "felonies" y "misdemeanors", y visto el artículo 37 del Código de Enjuiciamiento Criminal que exige que el mandamiento de detención esté firmado por el Juez, con su título oficial, y careciendo de ese requisito esencial el manda-

miento que ha servido para la prisión del peticionario y que original se ha presentado por el Alcaide del Depósito Municipal, se accede á la solicitud de excarcelación, y en su virtud se ordena que se ponga al peticionario José Colón Marquez inmediatamente en libertad.

*Con lugar.*

Jueces concurrentes: Sres. Presidente Quiñones y Asociados, Hernández, Figueras, MacLeary y Wolf.